## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON BORNE, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-cv-0166-TAD-KDM** |
| **JOHN DEGRAVELLES** | |

### ORDER

This matter is before the court on a Complaint filed by Plaintiffs Jason Borne and Scott Bernard on 02/24/2025. (R. Doc. 1). A review of the record indicates plaintiffs paid the Court's filing fee but has not provided a proposed summons for each defendant.

Plaintiff shall provide a summons containing the address of each defendant within fourteen (14) days of the date of this Order. The Clerk of Court is then directed to issue process to the defendant(s). Plaintiffs are reminded that they are responsible for service of summons and complaint on the defendant(s) in accordance with Fed. R. Civ. P. 4. Failure to serve the defendant(s) will result in an order to show cause as to why the claim against each defendant should not be dismissed under Rule 4(l) and (m) of the Federal Rules of Civil Procedure for lack of service and/or proof of service.

Signed in Monroe, Louisiana, on June 25, 2025.

*Kayla D. McClusky*

**Kayla D. McClusky**
**UNITED STATES MAGISTRATE JUDGE**