Jason Borne & Scott Bernard

---

# Addendum and Demand for Action to Suit at Common-Law Previously Brought Forth Pursuant to the 7th Amendment to the Bill of Rights With Common-Law Jury Demand

Jason Borne and Scott Bernard

Versus

John deGravelles

Case No.: 3:25-xx-00166

We, Jason Borne and Scott Bernard, submit this addendum and make the following a part of the above-captioned suit at common-law, as John deGravelles has offered no response or objection thereto.

## 1. Facts

On February 24, 2025, the above-captioned suit at common-law was filed against John deGravelles.

Upon filing said suit, a $405 fee was paid per the Clerk's directive that said suit would not be accepted without said fee.

On February 24, 2025, the Clerk of Court did accept said suit and did enter the same as a **"Suit at Common-Law with Common-Law Jury Demand against Richard Bourgeois, Jr, filed by Matthew Bernard"**.

On February 24, 2025, service of said suit at common-law upon John deGravelles was completed by the Clerk of Court after the filing and entry thereof.

On April 2, 2025, Shelly D. Dick, Chief Judge, signed an <u>En Banc Order</u> — relabeling said suit at common-law as a "Civil Action" — declaring that **"all the district and magistrate judges of this Court hereby recuse themselves from this proceeding."**

To date, John deGravelles has neither responded nor objected to the allegations contained in the above-captioned suit at common-law.

## 2. Admonishment and Reasoning for Demand

Our suit at common-law makes allegations against John deGravelles, a man who knowingly failed to perform his duties, and did weaponize his official position with the clear intent to retaliate against us and impede, derail, and cause delays in a suit at common-law brought forth to the 7th Amendment to the Bill of Rights.

John deGravelles was served a true and exact copy of said suit at common-law by the Clerk of Court.

By the *En Banc Order* of Shelly D. Dick, Chief Judge, **"all the district and magistrate judges of this Court hereby recuse themselves from this proceeding,"** thereby serving as proof that **"all the district and magistrate judges of this Court"** (including John deGravelles) did receive and review a true and exact copy of said suit at common-law.

Notably, the *En Banc Order* of Shelly D. Dick, Chief Judge, does establish fraud upon the public record as said Order does relabel and mischaracterize our suit at common-law as a "Civil Action" — previously entered by the Clerk as a **"Suit at Common-Law with Common-Law Jury Demand."**

Furthermore, as this court is inclined to do, relabeling our suit at common-law as a "Civil Action" (against our will) is a malevolent action aimed at gaining administrative jurisdiction over our suit at common-law in a premeditated effort to preserve the authority of the administrative state and suppress our right to a jury under the 7th Amendment.

John deGravelles has no immunity from a suit at common-law, and his silence does establish his agreement to all allegations and remedy therein as they operate in our favor.

The actions of John deGravelles are alleged to be calculated attacks on the Bill of Rights — the supreme law of our land — causing further erosion of public trust in our government and fueling the fire of revolution and reconstruction being chanted by the American people.

WHEREFORE, we urge and demand that an Article III Judge advance the above-captioned suit at common-law toward a trial — heard and judged by a jury pursuant to the 7th Amendment to the Bill of Rights — to be conducted on the earliest possible date and time.

Sealed this 16th day of July in the year of our Lord 2025.

_____  
Jason Borne  
13576 Lakeway Drive  
Prairieville, LA 70769

_____  
Scott Bernard  
1113 Range Ave.,#110-109  
Denham Springs, LA 70726